## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                          Case No.: 17-24955-ABA
STILES, RALPH M, JR.                            Chapter: 7
STILESES, DENISE E                              Judge: Andrew B. Altenburg, Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court |
|---|---|
| | District of New Jersey |
| | PO Box 2067 |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on October 17, 2017at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 242 DELSEA DRIVE, WESTVILLE NJ 08093 |
|---|---|
| | (FMV $120,000.00) |

| Liens on property: | $84,215.00-Roundpoint Mtg. |
|---|---|
| | 32,697.00-Bank of America |

| Amount of equity claimed as exempt: | $3,800.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:          1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-24955-ABA
Ralph M Stiles, Jr.                                                                        Chapter 7
Denise E Stileses
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Sep 13, 2017
                             Form ID: pdf905       Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb      +Ralph M Stiles, Jr.,   Denise E Stileses,   242 Delsea Drive,   Westville, NJ 08093-1221
cr          +ROUNDPOINT MORTGAGE SERVICING CORPORATION,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516960519   ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516960520   +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516960522   +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516960524   +Frederic I. Weinberg,   1200 Laurel Oak Road,   Voorhees, NJ 08043-4323
516960525   +Health Care Of Nj F C,   175 Madison Ave,   Mount Holly, NJ 08060-2038
516960526   +Lyons Doughty,   136 Gaither Drive Suite 100,   Mount Laurel, NJ 08054-2239
516960528   +Roundpoint Mtg,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
516960530   +The Bureaus Inc,   650 Dundee Rd,   Ste 370,   Northbrook, IL 60062-2757
516960531   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank/Rms CC,   Card Member Services,   Po Box 108,
             St Louis, MO 63166)
516960532   +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
516960533   +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
             Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:24    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:20    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516960521    E-mail/Text: mrdiscen@discover.com Sep 13 2017 22:56:36    Discover,   P.O. Box 15316,
             Wilmington, DE 19850
516960523   +E-mail/Text: fggbanko@fgny.com Sep 13 2017 22:56:39    Forster Garbus and Garbus,
             7 Banta Place,   Hackensack, NJ 07601-5604
516960527    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2017 23:02:20
             Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516965501   +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 22:54:46    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516960529   +E-mail/Text: bankruptcy@td.com Sep 13 2017 22:57:27    TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
                                                                                          TOTAL: 7


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Sep 13, 2017
                             Form ID: pdf905          Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Paul C. Dougherty    on behalf of Joint Debtor Denise E Stileses attorneypcd@aol.com
          Paul C. Dougherty    on behalf of Debtor Ralph M Stiles, Jr. attorneypcd@aol.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5