Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24955−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph M Stiles Jr.                              Denise E Stiles
   242 Delsea Drive                                242 Delsea Drive
   Westville, NJ 08093                             Westville, NJ 08093

Social Security No.:
   xxx−xx−5057                                     xxx−xx−8461

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [x] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: November 14, 2017
JAN: dmb

                                                                                                                      Jeanne Naughton
                                                                                                                      Clerk

Case 17-24955-ABA    Doc 19    Filed 11/16/17    Entered 11/17/17 00:44:30    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 17-24955-ABA
Ralph M Stiles, Jr.                                                       Chapter 7
Denise E Stiles
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Nov 14, 2017
                               Form ID: cscnodsc            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db/jdb         +Ralph M Stiles, Jr.,    Denise E Stiles,    242 Delsea Drive,   Westville, NJ 08093-1221
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516960519      #+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
516960520      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516960522      +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
516960524      +Frederic I. Weinberg,    1200 Laurel Oak Road,    Voorhees, NJ 08043-4323
516960525      +Health Care Of Nj F C,    175 Madison Ave,   Mount Holly, NJ 08060-2038
516960526      +Lyons Doughty,    136 Gaither Drive Suite 100,    Mount Laurel, NJ 08054-2239
516960528      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516960530      +The Bureaus Inc,    650 Dundee Rd,   Ste 370,    Northbrook, IL 60062-2757
516960531     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank/Rms CC,    Card Member Services,   Po Box 108,
                 St Louis, MO 63166)
516960532      +Valley National Bank,    1460 Valley Rd,   Wayne, NJ 07470-8494
516960533      +Wells Fargo Home Projects Visa,    Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 22:31:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 22:31:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516960521       E-mail/Text: mrdiscen@discover.com Nov 14 2017 22:31:04     Discover,   P.O. Box 15316,
                 Wilmington, DE 19850
516960523      +E-mail/Text: fggbanko@fgny.com Nov 14 2017 22:31:05     Forster Garbus and Garbus,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516960527       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 22:38:18
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516965501      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 22:32:33     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516960529       E-mail/Text: bankruptcy@td.com Nov 14 2017 22:31:18     TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04243
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Nov 14, 2017
                              Form ID: cscnodsc        Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

```
          Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Paul C. Dougherty    on behalf of Debtor Ralph M Stiles, Jr. attorneypcd@aol.com
          Paul C. Dougherty    on behalf of Joint Debtor Denise E Stiles attorneypcd@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```